# SCANNED

## UNITED STATES DISTRICT COURT

### DISTRICT OF MAINE



UNITED STATES OF AMERICA

v.

Case Number: 08-CR-98-P-H

STEVEN P. AMATO

## WAIVER OF INDICTMENT

I, Steven P. Amato, the above named defendant, who is accused of:

Count One: Health Care Fraud, in violation of Title 18, United States Code, Section(s) 1347 and 2;

Counts Two through Four: Tax Evasion in violation of Title 26, United States Code, Section(s) 7201;

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date: 6/27/08

_____
Defendant

_____
Counsel for Defendant

Date: 6/27/08

Before: _____
D. Brock Hornby
U. S. District Judge